**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **NABIL HAMLAOUI,**<br>*Petitioner,*<br>v.<br>**U.S. CITIZENSHIP AND IMMIGRATION SERVICES; JOSEPH B. EDLOW, in his official capacity as Director of USCIS; MARKWAYNE MULLIN, in his official capacity as Secretary of DHS; TODD BLANCHE, in his official capacity as Acting Attorney General; DAVID METCALF, in his official capacity as U.S. Attorney, EDPA,**<br>*Respondents.* | **Civil Action No.**<br>**2:26-cv-03334-GAM**<br>Hon. Gerald A. McHugh<br>U.S. District Judge |

# NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Petitioner Nabil Hamlaoui, appearing pro se, hereby gives notice of the voluntary dismissal of the above-captioned action WITHOUT PREJUDICE.

In support of this Notice, Petitioner states as follows:

**1.** On May 11, 2026, Petitioner filed this action seeking to compel U.S. Citizenship and Immigration Services (USCIS) to adjudicate his pending Form I-130, Petition for Alien Relative, Receipt Number IOE9549582445, which had been pending without decision for over two years.

**2.** On June 5, 2026, USCIS approved the Form I-130 petition. The relief sought in this action has therefore been obtained and this matter is now moot.

**3.** No Respondent has served either an answer or a motion for summary judgment in this action. Accordingly, dismissal without prejudice is proper as of right pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

**4.** Petitioner respectfully requests that the Clerk of Court close this case.

WHEREFORE, Petitioner Nabil Hamlaoui respectfully notifies this Court and all parties that the above-captioned action is hereby voluntarily dismissed without prejudice pursuant to Federal

Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: June 5, 2026

Respectfully submitted,

**Nabil Hamlaoui**
Pro Se Petitioner
52 W. Washington Lane, Apt. 201
Philadelphia, PA 19144
NVBILL92@GMAIL.COM

**APPROVED BY THE COURT:**

/s/ Gerald Austin McHugh
United States District Judge

6/10/26